# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In re:
**Ronnie McRae**
S.S. No.: xxx-xx-5356
Mailing Address: 1393 North Main Street, Raeford, NC 28376-

**Case No. 11-80385**

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on March 3, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: March 17, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

Date: 3/1/11
Lastname-SS#: McRae-5356

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Hoke County Tax | 2 | Mobile Home & Lot: |
| | Hoke County Tax | 3 | Lot:130 |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| NONE | |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Hoke County Tax | 2 | | ** |
| | Hoke County Tax | 3 | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Consumer Solutions | 1 | $21,185 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| NONE | |
| | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Consumer Solutions | 1 | $1,472 | N/A | n/a | $1,472.00 | Mobile Home & Lot: |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | NONE | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | NONE | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $1,500 |

### SECURED TAXES
| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS
| | Amount |
|---|---|
| IRS Taxes | $1,686 |
| State Taxes | $48 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)
| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED
| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,992** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **0.07** months.

Sch D # = The number of the secued debt as listed on Schedule D
Adequate Protection = Monthly 'Adequate Protection' payment amt
† = May include up to 2 post-petition payments.
* = Co-sign protect on all debts so designated on the filed schedules
** = Greater of DMI x ACP or EAE         (Page 4 of 4)
Ch13Plan_MD (DeSardi Version 1/12/10) © LOJTO

## Other Miscellaneous Provisions
Plan to allow for 3 "waivers".
Please pay out Equity Above Exemptions of $2,849.00 toward unsecured priority, to include attorney fees, and any unsecured claims allowed

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Hoke County Tax Collector<br>Attn: Managing Agent<br>Post Office Box 217<br>Raeford, NC 28376-0217 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Capital One Bank<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Capital One Bank<br>Attn: Bankruptcy Department<br>Post Office Box 85167<br>Richmond, VA 23285-5167 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Consumer Solutions 3, LLC<br>c/o Specialized Loan Servicing , LLC<br>Attn: Managing Agent<br>Post Office Box 636005<br>Littleton, CO 80163-6005 | North Carolina Department of Rev<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Consumer Solutions 3, LLC<br>12700 Whitewater Drive<br>Hopkins, MN 55343 | North Carolina Dept of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Credit Bureau of Greensboro<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 | North Carolina Employment Securi<br>Commission<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | GEMB/JC Penney<br>Attn: Bankruptcy Dept<br>PO box 103104<br>Roswell, GA 30076 | SECCREDIT<br>2623 West Oxford Loop<br>Oxford, MS 38655 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | GEMB/JCP<br>Post Office Box 981402<br>El Paso, TX 79998 | Tamara R. Cornish, Attorney<br>c/o Shapiro & Ingle, LLP, Attorneys<br>10130 Perimeter Parkway, Ste 400<br>Charlotte, NC 28216 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Hoke County Tax Collector<br>Post Office Box 217<br>Raeford, NC 28376-0217 | US Attorney's Office<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27502-1858 |

Vivian Blue McRae
1393 North Main Street
Raeford, NC 28376


Wells Fargo Home Mortgage
Post Office Box 10335
Des Moines, IA 50306-0335